UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Joyce Jackson,

                         Plaintiff,                    **CANCELLATION ORDER**

      -against-                        20 Civ. 6797 (PMH)(AEK)

National Railroad Passenger Corporation,

                        Defendant.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

       The settlement conference scheduled for Tuesday, January 12, 2021, at 2:15 p.m. is hereby CANCELLED.  This was the Court's third attempt to schedule a settlement conference in this matter, but once again, Plaintiff's counsel failed to comply with the Court's simple and straightforward requirement for a pre-conference submission.  It has been an inconvenience to the Court—and, presumably, to counsel for Defendant—to have to schedule and reschedule this conference multiple times, only for Plaintiff to repeatedly disregard the Court's orders.  Accordingly, the Court is not setting a new date for a settlement conference at this time.  That said, the order of reference to the undersigned for a settlement conference remains open.  If the parties determine at a later point in this case that they would like to participate in a settlement conference, Plaintiff's counsel is directed to submit via ECF a joint letter on behalf of both parties requesting that the Court schedule a settlement conference.  That letter must include three proposed dates that all parties and their clients would be available for such a conference.

Dated:  January 11, 2020
        White Plains, New York                         **SO ORDERED.**

                                                                           Andrew E. Krause
                                                                           United States Magistrate Judge